AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Roberto Munoz<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 1:24-mj-00092-PAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 5, 2024 - March 8, 2024 in the county of __________ in the __________ District of Rhode Island , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See the attached Affidavit of Task Force Officer Matthew Smith with Homeland Security Investigations ("HSI")

☑ Continued on the attached sheet.

Matthew T. Smith

*Complainant's signature*

Task Force Officer Matthew Smith - HSI

*Printed name and title*

**Sworn telephonically and signed electronically**

Sworn to ~~before me and signed in my presence~~.

Date: October 31, 2024

Patricia A. Sullivan

*Judge's signature*

City and state: Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge

*Printed name and title*