**AFFIDAVIT OF TASK FORCE OFFICER MATTHEW SMITH IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANTS**

I, Matthew Smith, Task Force Officer ("TFO") with the Department of Homeland Security, Homeland Security Investigations ("HSI"), having been duly sworn, depose and state as follows.

***INTRODUCTION AND TASK FORCE OFFICER BACKGROUND***

1. I have been a police officer with the Warwick Police Department since May 2014 and was elevated to the rank of Detective in March 2018. In August 2019, I was assigned to HSI and was designated as a Title 19 TFO. I am currently assigned to conduct investigations in the HSI Providence Office.

2. In accordance with 19 § U.S.C. 1589a, Title 19, Task Force Officers are federal law enforcement officers and are authorized to enforce the full range of federal law including violations of other titles of the United States Code, including but not limited to Title 18 and Title 31. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. In connection with my official duties, I have investigated and assisted other agents in investigating numerous cases involving a wide variety of criminal violations including, but not limited to, narcotics trafficking, money laundering, interstate transportation of stolen property bank fraud, wire fraud and access device fraud.

3. In connection with my official duties, I have investigated and assisted other agents in investigating numerous cases involving a wide variety of criminal violations including, but not limited to, money laundering, interstate transportation of stolen property, bank fraud, aggravated identity theft, wire fraud and access device fraud.

4. The information contained in this affidavit is based on witness interviews, conversations with investigators from multiple agencies/departments involved in this investigation, my personal knowledge, and observations during the course of this investigation, my personal training and experience as a criminal investigator, and the review of records, documents and other evidence obtained during this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrants, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to support the warrants requested herein.

5. HSI is conducting an investigation involving Jason RHODES and Roberto MUNOZ ("Target Subjects") and their involvement in a scheme to obtain money under false pretenses by targeting elderly individuals in a scheme that is commonly referred to as a "grandparent scam". [1]

***PURPOSE OF AFFIDAVIT***

6. I submit this affidavit in support of applications for criminal complaints and arrest warrants for the following Target Subjects:

- Jason RHODES (YOB: 1990), United States Citizenship



[1] The term "elderly" throughout this affidavit refers to individuals age sixty (60) and older.

- Roberto MUNOZ (YOB: 1994), United States Citizenship



7. Based on the facts set forth in this affidavit, there is probable cause to believe that Jason RHODES and Roberto MUNOZ did commit violations of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud), and 18 U.S.C. § 1028A (Aggravated Identity Theft) (collectively, the "Target Offenses").

**GRANDPARENT SCAM**

8. I know based upon my training and experience, conversations with other law enforcement officers, and review of similar cases involving grandparent scams that these schemes are often conducted by multiple subjects working together in various roles to add a sense of legitimacy to the scam and to successfully conduct the scam.

9. This scam often involves an elderly victim receiving a telephone call and is told that a family member, often a grandchild, has been arrested for a criminal offense or has been involved in a motor vehicle accident and was arrested. The victim often speaks with multiple subjects who identify themselves as a family member, an attorney and/or member of law enforcement.

10. The victim is often told that due to the previously described events, their family member needs money for bail. The victims are then directed to obtain cash and are told that a courier would arrive later in the day to pick up the cash or are directed to a drop off location to

meet a courier. If a courier is unable to pick up the currency, often the victim is instructed to mail the currency hidden within a parcel to an address commonly in another state.

11. Additionally, if a courier who is participating in the scam is unable to pick up the currency, additional subjects participating in the scam will often arrange for a rideshare service such as Lyft or Uber, or a private courier service to pick up a package containing money from a victim. In those instances, the hired service is often instructed to deliver the package to another participating subject in the scam at a different location.

12. This commonly occurs when a grandparent scam is occurring in a specific geographical area in which multiple victims are being targeted. Often, couriers participating in the scam are traveling throughout an entire state or into another state and are attempting to retrieve money from victims before the victim's contact family or law enforcement. Therefore, those couriers may be unable to collect money from multiple victims at the same time and may hire an unknowing third party such as an Uber or Lyft driver or a private courier service.

13. Furthermore, these scams often involve a victim receiving multiple calls and requests for additional sums of U.S. currency if the victim successfully turns over a requested amount of U.S. currency to a courier. The "motor vehicle accident" story is often used as part of the scheme, as the subjects will commonly notify a victim that the other involved party to the motor vehicle accident had passed away or was pregnant and lost their child. This story allows the subjects an opportunity to inform the victim that the requested bail amount has been increased due to the increased seriousness of offense, therefore requesting an additional sum of U.S. currency from the victim.

14. While these scams frequently occur throughout the United States, often there is a period in a particular geographical area where numerous victims are targeted. Commonly, subjects in a courier role who are participating in the scheme are mobile in those areas, awaiting

instructions and victim information from other subjects participating in the scheme.

15. These couriers often wear surgical masks, hats and clothing to cover identifying features of the subject as they are commonly captured on residential video surveillance footage when they approach a victim's residence. Additionally, these couriers often identify themselves to the victim with a name and title such as "agent" or "bondsman" that will match the name told to the victim by the "attorney".

**PROBABLE CAUSE**

**BACKGROUND OF THE INVESTIGATION**

16. On February 28, 2024, I became aware that the Warwick Police Department received a complaint from an elderly resident, P.V., who reported to have been a victim of a scam in which he believed his granddaughter had been involved in a motor vehicle accident and subsequently arrested. P.V. reported that he spoke with a "police officer" and an "attorney" who provided him with information regarding that incident. P.V. reported that he was instructed to provide $15,500.00 for bail. P.V. reported that he was instructed to place the money in a box and that a subject would respond to his residence to collect the money. P.V. reported that after turning over the box containing $15,500.00, he realized that he had been scammed.

17. On March 1, 2024, based upon this initial report, I notified members of law enforcement throughout Rhode Island of this grandparent scam and informed law enforcement that based upon previous grandparent scam investigations that I have participated in, I believed it to be likely that additional incidents would be reported in the following days.

18. On March 4, 2024, I became aware of a second complaint that was reported to the Warwick Police Department in which an elderly resident, E.O., reported to have received a telephone call from whom she believed to be her granddaughter. E.O. stated that she was informed that her granddaughter had been involved in a motor vehicle accident and had

subsequently been arrested. E.O. further stated that she then spoke with a subject who identified himself as “Attorney Michael Joseph Cohen”[2] and as a friend of the reporting party’s granddaughter.

19. E.O. was informed that bail in the amount of $16,000.00 was being requested. E.O. discontinued the call and conducted open-source searches of “Michael Joseph Cohen” and conducted queries on his supposed attorney status in Rhode Island. E.O. stated that she called the supposed attorney back at telephone number 646-512-8354 and confronted the subject about not being a registered attorney in the State of Rhode Island. E.O. stated that the phone call was then disconnected. E.O. did not suffer a loss from this fraud attempt.

20. On March 5, 2024, I spoke with members of law enforcement throughout Rhode Island and Massachusetts and learned that numerous agencies were actively receiving fraud complaints from elderly victims who lost money to a grandparent scam. Many of those incidents are described throughout this affidavit.

**March 6, 2024 – Warwick, RI**

21. On March 7, 2024, I became aware of a third complaint that was reported to the Warwick Police Department in which an elderly resident, A.B., reported to have fallen victim to a grandparent scam. On March 6, 2024, A.B. received a telephone call from 646-512-8354, the same phone number that called E.O., pretending to be Attorney Joseph Michael Cohen. and spoke with an individual who claimed to be A.B.’s grandson, D.B., using his grandson’s real name. A.B. stated that his “grandson” informed him that he had been involved in a motor vehicle accident which resulted in serious injuries to another person. A.B. reported that his

---

[2] During March 2024, several victims in Rhode Island and Massachusetts reported having spoken with “Attorney Joseph Michael Cohen”, “Attorney Michael Joseph Cohen”, or “Attorney Joseph Cohen” as part of the scam. Those incidents are further described throughout this affidavit.

"grandson" informed him that he had contacted his friend's father who is an attorney, "Joseph Michael Cohen".

22. A.B. stated that he and his wife, R.B. spoke with "Attorney Joseph Michael Cohen" and were informed that his grandsons bail was set at $18,000.00 and that a gag order had been put in place, preventing him from discussing the incident with anyone. A.B. stated that he had responded to his bank at approximately 11:45 am and retrieved the $18,000.00. A.B. stated that he returned home where he later observed a silver Buick outside of his residence. A.B. stated that the vehicle was occupied by a male who was described as middle aged, approximately 40 years old, who was shorter and had a lighter colored beard. A.B. stated that he was instructed to turn over the cash, which was contained in an envelope within a box, to the male and say, "This is for Dorte in Cranston". A.B. stated that he observed the vehicle to be a silver Buick bearing a Florida registration plate and was able to identify five of the six characters of that license plate.[3]

23. Law enforcement conducted a query through Flock Safety, a License Plate Recognition (LPR) system, which revealed a silver Buick bearing Florida registration with the same character that A.B. identified which is registered to The Hertz Corporation[4], traveling East on Centerville Road in Warwick, RI near Route 95 at 12:39 p.m. on March 6, 2024. That time was approximately eight minutes after the vehicle was reported to have accepted the money as part of a scam from A.B.

24. A.B. stated several hours later, he was again contacted by "Attorney Joseph Michael Cohen" from 646-512-8392 and was informed that his "grandson" would be sued by the

[3] The fourth character in the provided Florida registration was unknown by A.B., therefore an asterisk was inserted.

[4] I reviewed Flock Safety LPR captured images of this vehicle from March 6, 2024, and observed a Lyft ride share emblem displayed inside the vehicle near the upper right rear window. The identity of the operator of this vehicle is unknown at this time.

supposed female who was injured in the accident and that she had suffered a miscarriage. A.B. was informed that he would need to provide $100,000.00, which he was unable to provide. A.B. was then informed that the attorney could talk down the other party to $50,000.00. A.B. stated that he could provide $40,000.00 and then went to his bank to withdraw $40,000.00.

25. A.B. stated that the bank was unable to perform that transaction due to a lack of funds on site. On March 7, 2024, A.B. contacted “Attorney Joseph Michael Cohen” and stated that it would take an additional amount of time to obtain the requested funds. A.B. stated that he later believed he was being scammed at which time he contacted the Warwick Police Department.

26. Detectives with the Warwick Police Department discussed the previously described events with A.B. and attempted to continue the investigation. A.B. contacted “Attorney Joseph Michael Cohen” at 646-512-8392 and left a voice message informing him that he acquired the requested funds. A.B. later received a telephone call from “Attorney Joseph Michael Cohen” and arrangements were made for the funds to be available for pickup on March 8, 2024, at approximately 1:00 pm.

27. On March 8, 2024, A.B. was in communication with “Attorney Joseph Michael Cohen” to confirm that the requested funds were available. Additionally, members of the Warwick Police Department conducted surveillance in the surrounding area of A.B.’s residence, and additional members of law enforcement were inside of the residence with A.B.

28. At approximately 1:51 pm, surveilling members of law enforcement observed a silver 2015 Dodge Dart bearing RI registration 1KI339 traveling within the area of A.B.’s residence.[5] Members of law enforcement observed that vehicle to be occupied by two males and

---

[5] This vehicle was rented in MUNOZ’s name on March 8, 2024, on Turo, a car sharing marketplace in which a customer can enter a location and rent vehicles being shared by hosts in

come to a stop. Members of law enforcement observed a subject seated in the front passenger seat of the vehicle to exit the vehicle and walk towards the direction of A.B.'s residence.

29. During this period A.B. was informed by "Attorney Joseph Michael Cohen" that a courier was nearby. At that time, additional members of law enforcement observed that male subject, later identified as RHODES, exited the vehicle wearing a brown jacket, a blue hat, and a blue surgical mask and walk on the street and onto A.B.'s property. Members of law enforcement observed that RHODES matched the description of the suspect from the recently reported incident that same day in Coventry, RI.[6]

30. I reviewed Ring doorbell footage from A.B.'s residence, and observed RHODES ring the doorbell, and greet A.B. and his wife, R.B. RHODES stated, "Hey how's it going?" and "I'm Mr. Riviera".[7] RHODES then looked at his cell phone and stated that he was at the residence for R.B. RHODES was then welcomed into the residence. Below is an image of RHODES obtained from A.B.'s Ring doorbell camera footage:

---

that location. Turo allows a customer to have the rented vehicle delivered and returned to a location of the customer's choice or for the customer to pick up or return the vehicle to the host.

[6] The Warwick Police Department became aware of a law enforcement broadcast that had been issued by the Coventry Police Department (RI) that same day regarding a similar scam that had just occurred in Coventry. The Warwick Police Department learned that a male suspect wearing a brown jacket, North Carolina hat, and a blue surgical mask had accepted $9,500.00 from an elderly victim as part of a scam with similarities to the previously described incidents. This incident is described in the affidavit under the section titled "March 8, 2024 – Coventry, RI."

[7] The "agent" or "bail bondsman" name "Jonathan Riviera" or "Mr. Riviera" as used by RHODES, was mentioned to many victims in Rhode Island and Massachusetts as described throughout this affidavit. Additionally, "Jonathan Riviera" is one the names discovered in a cellphone device attributable to RHODES in chat messages containing victims' names and addresses.



31. RHODES entered the residence where members of the Warwick Police Department heard RHODES converse with "Attorney Joseph Michael Cohen" over the telephone regarding accepting the currency. Once RHODES accepted the currency, members of law enforcement took him into custody. RHODES was then identified by his New York identification card. At the time of his arrest, RHODES was in possession of a manila envelope containing $1,541 that was in his pocket and an additional $2,680 in his wallet. RHODES was also in possession of two Apple iPhones (Warwick PD Property # 24-825-PR and 24-826-PR[8]), and a Hilton hotel key card. A cell phone extraction of the Apple iPhone with a white case (Warwick PD Property # 24-825-PR), pursuant to a state search warrant, showed that the phone number for that phone was 347-530-7644 and was used by RHODES (hereinafter "RHODES's phone"). RHODES's phone extraction showed the owner account for that device was listed as "Jason." Further, T-Mobile subscriber information showed that 347-530-7644 was subscribed to Jason RHODES. T-Mobile subscriber information also showed that RHODES's phone had a name "Larry Hughes."

32. In addition, RHODES' phone extraction contained text messages between

[8] Although a search warrant was also obtained for the other iPhone seized from RHODES, we have not yet been able to successful extract this phone.

RHODES's phone and 786-930-1776, identified in RHODES' phone contacts as "Tommy." Subscriber records for 786-930-1776 show that the number is subscribed to Roberto MUNOZ (hereinafter, "MUNOZ's phone"). In a text on February 29, 2024, MUNOZ's phone texts RHODES's phone "Munoz.roberto24@yahoo.com."

33. In addition, as detailed further below, RHODES's phone extraction showed that RHODES received chat messages from "Tommy" through an unidentified messaging application. " Based upon my reading of the text messages including when RHODES's says that he needs a name to give to the front desk, "Tommy" responds, "Robert," and "Tell them to call me" the user "Tommy" in the unidentified messaging application is believed to be MUNOZ. RHODES's phone extraction shows MUNOZ's phone is saved under contact name "Tommy." RHODES's phone extraction also shows MUNOZ's phone is saved under contact name "Tommy" within WhatsApp.[9]

34. On March 2, 2024, MUNOZ using "Tommy" sends RHODES a message in the unidentified application stating "Pvd" which is the airport code for T.F. Green International Airport in Warwick, RI. I observed that on March 2, 2024, a text message conversation ensued between RHODES's phone and MUNOZ's phone regarding travel. During those messages, MUNOZ sent a message stating "4 am I get there fam." On March 3, 2024, MUNOZ sent a message to RHODES stating "Im gonna pull up to the airport today to change it." As later discussed in this affidavit, MUNOZ booked a rental vehicle to be picked up at T.F. Green International Airport on March 4, 2024.

35. Furthermore, on March 7, 2024, RHODES's phone sends a text message to a contact "Rosalie" and states "Tommy booking us a room rn at that address I just sent you pull-up

---

[9] WhatsApp is an end-to-end encrypted instant messaging and voice-over-IP service.

there" and provides the address of the Hampton Inn located at 2100 Post Road, Warwick, RI.Notably, room 331 at the Hampton Inn in Warwick was booked under the name Roberto MUNOZ. As stated above, when MUNOZ was arrested on March 8, 2024, MUNOZ had on his person a Hampton Inn hotel key card in a sleeve marked #331. Accordingly, I believe "Tommy" in the unidentified messaging application communicating with RHODES to be MUNOZ.

36. MUNOZ using "Tommy" sent to RHODES victims' names and addresses, and agents' names that were to be impersonated to obtain money from victims linking him to additional grandparent scam incidences including in Newport, RI; Cranston, RI; Hopkinton, RI; West Greenwich, RI; East Greenwich; RI, Smithfield, RI; Braintree, MA; Hanover, MA; Plymouth, MA; Scituate, MA; Cohasset, MA; Stoughton, MA; Lakeville, MA; and Coventry, RI. In these text messages between RHODES and "Tommy" believed to Munoz, the text messages appear to contain targeted victims' names and names of the targeted victims' grandchildren from additional including Wisconsin, Illinois, Virginia, Kansas, Maryland, Tennessee, Iowa, North Carolina and New Jersey.

37. Meanwhile, additional members of the Warwick Police Department stopped the 2015 Dodge Dart bearing RI registration 1KI339 that was observed dropping off RHODES. Members of law enforcement identified the driver of that vehicle as Roberto MUNOZ by his Florida driver's license. At that time, MUNOZ was taken into custody, and he was found to be in possession of $9,200 as well as a Hilton hotel key card. In addition, an iPhone was seized from his person.[10] At the Warwick PD station, MUNOZ was read his Miranda rights and stated that he was just supposed to drive RHODES around to do pick-ups, then stated he would provide

[10] A state search warrant was obtained from the iPhone that was seized from MUNOZ. However, as the date of this affidavit, a phone extraction of this phone has been unsuccessful.

more information when he had a lawyer, at which time the interview ended.

38. Warwick Police Department Detectives learned that the located hotel key cards were assigned to room #331 within the Hampton Inn located at 2100 Post Road, Warwick, RI.[11] The Warwick Police Department obtained a state search warrant for room # 331. During the execution of that search warrant, Detective's located the following items:

- Rockland Trust bank envelope
- Bill wrappers
- Bank bill bundle markers (Eastern Bank, $10,000, March 4th, 2024, teller #36201) x 2
- Bill bundle markers (Eastern Bank, $10,000, March 5th, 2024, teller #36203) x 1
- Loose U.S. currency - $13,790
- Black Steve Madden women's handbag
- U.S. currency - $3,320
- Room key
- Black Deluxity women's handbag
- U.S. currency -$4,180
- Unity Star Card (Roberto Munoz)
- Visa Crypto Debit card (Roberto Felipe Munoz)
- Blue LV women's handbag
- U.S. currency - $19,800
- Room keys (4)
- Bank of America bank card (Roberto Felipe Munoz)
- Pink women's handbag
- U.S. currency- $9,700
- Black jeans
- U.S. currency (from pocket) - $8,300
- PS5 gaming console with controllers

39. Additionally, a black zipper bag and white envelope containing $2,690.00 which was associated with room #331 was turned over to law enforcement from the front desk. The total amount of U.S. Currency seized from room # 331 and from the front desk was $61,780.00.

40. During the initial investigation Detectives spoke with members of law

[11] Law enforcement learned that this hotel room was booked in MUNOZ's name on March 8, 2024. Additionally, a review of device locations on RHODES's phone extraction revealed that his device was at the hotel address on March 7, 2024.

enforcement from Coventry, Smithfield, and West Greenwich in Rhode Island as well as law enforcement from Hanover, Massachusetts. Detectives learned that MUNOZ and RHODES were considered suspects in similar incidents that were reported in those jurisdictions. Additionally, it was learned that a silver BMW X3 bearing RI registration 1SW113 was considered a suspect vehicle in the West Greenwich, RI incident. [12]

41. Warwick Police Detectives later met with S.J., the owner of that silver BMW X3 bearing RI registration 1SW113. Detectives learned from S.J. that her vehicle was reserved by a "Roberto Munoz" from Turo, a peer-to-peer car sharing marketplace that allows people to rent cars from local hosts. Detectives reviewed the Turo car sharing agreement for that vehicle which also contained text messages within the Turo application between S.J. and Turo user "Roberto Munoz". In those communications S.J. called MUNOZ by his first name, Roberto, when discussing arrangements to rent her vehicle. In those communications, Detectives learned that MUNOZ had reserved that vehicle on March 2, 2024. Detectives learned that MUNOZ booked that vehicle for use starting on March 4, 2024, at 9:00 a.m. through March 8, 2024, at 9:00 a.m.

42. MUNOZ was scheduled to pick up the vehicle from T.F. Green International Airport located at 2000 Post Road, Warwick RI. A review of the text message correspondence that S.J. provided from her phone between S.J. and MUNOZ showed that MUNOZ would be arriving to Rhode Island on the morning of March 4, 2024, from an unknown airline that would be arriving at approximately 8:30 am. MUNOZ also provided S.J. a digital image of his Florida driver's license in his name. A query through the National Law Enforcement Telecommunications System (NLETS)- showed that license to be valid and assigned to MUNOZ.

---

[12] This incident is later described in this affidavit under the section titled "March 5, 2024 - West Greenwich, RI".

43. S.J. stated that MUNOZ had requested to extend his rental until 6:00 pm on March 8, 2024, however her vehicle was scheduled to be rented to another person on March 8, 2024. S.J. stated she communicated with MUNOZ and learned that he had left her vehicle at the Hampton Inn in Warwick, RI for her to pick up. S.J. stated that she responded to the Hampton Inn and retrieved her vehicle at approximately 10:30 am.

44. S.J. stated that she was then contacted by MUNOZ who reported that he left approximately $2,000.00 in the driver side visor of her vehicle. S.J. stated that MUNOZ requested she leave the U.S. Currency at the hotel for him to which she did, along with a pair of sunglasses and a hotel key which was in the glove box of the vehicle. These items were turned over to the Warwick Police Department as previously described.

45. At this point in the investigation, I learned that numerous grandparent scams were reported to law enforcement in Rhode Island and Massachusetts between February and March of 2024. Subsequently, I spoke with numerous members of law enforcement from various jurisdictions, reviewed police reports, License Plate Recognition responses, and reviewed cell phone extractions. As further detailed below, there is probable cause to believe that RHODES and MUNOZ have been involved in numerous grandparent scams, to include the Warwick, RI, incident above involving A.B. as well as additional grandparent scams occurring in 1) Stanhope, IA; 2) Newport, RI; 3) West Greenwich, RI; 4) Cranston, RI; 5) Cranston, RI; 6) East Greenwich, RI; 7) Smithfield, RI; 8) Cohasset, MA; 9) Braintree, MA; 10) Lakeville, MA; 11) Hanover, MA; 12) Scituate, MA; 13) Stoughton, MA; 14) Plymouth, MA; 15) Hopkinton, RI; and 16) Coventry, RI. The following is a summary of these additional incidents:

**<u>February 5, 2024 - Stanhope, IA</u>**

46. On February 5, 2024, a call detail report from the Hamilton County Sheriff's Office in Iowa showed that G.R. of Stanhope, IA, reported that G.R. received a telephone call

from 306-514-0998 from a "David Jenkins" who was pretending to be a lawyer. Then, someone pretended to be his grandson B., a real person. G.R. was told that his grandson B. was in jail as he was in an accident and there were drugs in the vehicle. G.R. was told that his grandson needed bond money in the amount of $18,000 cash to get out of jail. G.R. indicated that they were going to meet in Fort Dodge, IA to get the cash. When G.R. called the number back, the number showed that it was from Saskatchewan.

47. Chat messages on RHODES's phone show that on February 5, 2024, MUNOZ using "Tommy" sent to RHODES G.R.'s full name, G.R.'s address, and G.R.'s grandson's full name after the words, "Gson:" Based upon my reading of this message and other messages in this chat string as well as the knowledge acquired from this investigation as well as from other grandparent scams, "Gson" refers to grandson. In addition, "Fort dodge, IA," the meeting place that G.R. was told to bring the cash to bail out G.R.'s grandson is listed below G.R.'s grandson's name. The chat messages are shown below:[13]

[13] Text box shapes were inserted in the below image to protect the victim's name, address and grandson's name.

From: 05e81e89f91af8d9231e395aef362bd324c3a96bd6cce4f7a724e5616c7f6a0140 Tommy

I'll tell them
Don't hand up until you are on a safe route

2/5/2024 12:58:52 PM(UTC-4)

Source Info:
00008030-001C454E2EA2202E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B63F27B0-DD54-4DA7-92DA-57F1527C431D/database/Session.sqlite/Session.sqlite.decrypted : 0x7DE901 (Table: interaction, profile; Size: 8822784 bytes)

From: 05e81e89f91af8d9231e395aef362bd324c3a96bd6cce4f7a724e5616c7f6a0140 Tommy

10k cash at home LP
Sen: G[redacted] R[redacted]
Addy: [redacted] Stanhope, IA 50246
Gson: B[redacted] B[redacted]
Fort dodge IA

2/5/2024 1:03:45 PM(UTC-4)

Source Info:
00008030-001C454E2EA2202E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B63F27B0-DD54-4DA7-92DA-57F1527C431D/database/Session.sqlite/Session.sqlite.decrypted : 0x7DE7EF (Table: interaction, profile; Size: 8822784 bytes)

**March 4, 2024 – Newport, RI**

48. On March 4, 2024, R.M. reported to the Newport Police Department (RI) that at approximately 10:37 am, he received a telephone call from 613-242-5150 and spoke with a male subject claiming to be a police officer in Connecticut. R.M. reported that the subject informed him that his grandson had been involved in a motor vehicle accident and was subsequently arrested for reckless endangerment and various felony offenses.

49. R.M. reported that he then spoke with his "grandson", who informed him that a lawyer would contact him. R.M. reported that he later received a telephone call from 860-341-1326 and spoke with "Attorney Raymond Becker".[14] R.M. reported that "Attorney Raymond Becker" informed him that he posted a $10,000.00 bond to prevent R.M.'s grandson from going

[14] A similar attorney name "Robert Becker" was used during this scheme to a victim in West Greenwich, RI, which is later described in this affidavit.

to jail, and he needed to be reimbursed.

50. R.M. reported that "Attorney Raymond Becker" asked R.M. to retrieve $10,000.00 from his bank and that a courier would be sent to his residence to retrieve the money. R.M. stated that he went to Bank Newport and withdrew the requested funds and placed the U.S. currency in a large manila envelope. R.M. reported that at approximately 4:30 pm and 5:00 pm, a male subject arrived at his residence who he described as a white male in his thirties with a moustache and light facial hair. R.M. further described the subject as wearing a hat and having dark hair. Notably, video surveillance from R.M.'s neighbor shows what appears to be a male wearing a tan jacket carrying a light-colored object walking on R.M.'s street at 5:52 p.m. In addition, the same male is seen on video surveillance at 2:42 p.m. approaching R.M.'s residence. Based upon my experience and experience of other law enforcement, perpetrators of these grandparent scams may case the residence of their victims. Further, the description that R.M. provided of the male courier as well as the male shown of the surveillance video wearing a tan jacket, matches RHODES's description and the jacket that RHODES was wearing for the Warwick incident when he was arrested on March 8, 2024.

51. R.M. reported that after he gave over the money to the courier, he later spoke with family members and learned that his grandson had not been involved in a motor vehicle accident and that he had been scammed. R.M. reported that he also discovered he had given the courier $9,800.00 rather than the requested $10,000.00.

52. While Newport Police was with R.M. at the time of the report, "Attorney Raymond Becker" called R.M. During that phone conversation the subject disconnected the call and would no longer answer the telephone.

53. Newport Detective Turmel later learned that it was believed that RHODES and MUNOZ were staying at a Wyndham Hotel in Newport between March 3, 2024, and March 5,

2024. Detective Turmel responded to the Club Wyndham Long Wharf located at 5 Washington Street, Newport, RI. Detective Turmel learned that room 174 was registered to Jason RHODES, phone (929) 636-3620 and there was an informal check-in down by security believed to done on March 3, 2024, after 11:00 pm and that the check-in likely was processed on March 4, 2024, by front desk staff.

54. On March 4, 2024, at approximately 8:31 a.m., a text message was sent from MUNOZ's phone to RHODES's phone which stated, "5 Washington Street, Newport, Rhode Island, United States." At approximately 10:45 a.m., a text message was sent from RHODE's phone to MUNOZ's phone which contained a link for directions in Google Maps. I reviewed that link which showed directions from 172 Broadway, Newport, RI, to CVS located at 181 Bellevue Ave, Newport, RI 02840. The travel route included the street for R.M.

55. A review of chat messages on RHODES's phone shows MUNOZ using "Tommy" sent to RHODES R.M.'s full name and address and the name "Johnathan Rivera," the false name of the courier that RHODES used in the scam on March 4, 2024, as shown below:

From:
05e81e89f91af8d9231e395aef362bd324c3a96bd6cce4f7a724e5616c7f6a0140
Tommy

R[redacted] M[redacted]
[redacted]
Newport RI 02840
Cash home

3/4/2024 3:37:22 PM(UTC-4)

Source Info:
00008030-001C454E2EA2202E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B63F27B0-DD54-4DA7-92DA-57F1527C431D/database/Session.sqlite/Session.sqlite.decrypted : 0x91337 (Table: interaction, profile; Size: 8822784 bytes)

From:
05e81e89f91af8d9231e395aef362bd324c3a96bd6cce4f7a724e5616c7f6a0140 Tommy

Johnathan Riviera

3/4/2024 3:38:55 PM(UTC-4)

Source Info:
00008030-001C454E2EA2202E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B63F27B0-DD54-4DA7-92DA-57F1527C431D/database/Session.sqlite/Session.sqlite.decrypted : 0x9122E (Table: interaction, profile; Size: 8822784 bytes)

**March 5, 2024 - West Greenwich, RI**

56. On March 5, 2024, C.G. reported to the West Greenwich Police Department (RI) that at approximately 1:15 pm, she received a telephone call from 289-321-2060 and spoke with whom she believed was her grandson. C.G. reported that she had been told her grandson had been involved in a motor vehicle accident and had subsequently been arrested.

57. C.G. reported that at approximately 2:37 pm, she received a telephone call from 551-294-6219 and spoke with a subject who identified himself as “Attorney Robert Becker”.

C.G. reported that she was requested to respond to her financial institution and withdraw $15,000.00 for her grandson's bail and she was instructed not to tell anyone. C.G. reported that she was further instructed that if questioned about the purpose of withdrawal she was to state it was for home repairs.

58. C.G. reported that she provided the "Attorney Robert Becker" her home address and was informed that a bondsman named "Jonathan Riviera" would obtain the funds from her. C.G. reported that during her telephone calls with "Attorney Robert Becker" she also provided her credit card information. C.G. reported that she responded to Citizen's Bank and withdrew $15,000.00 as requested. C.G. reported that upon returning to her residence, the "Attorney Robert Becker" informed her that "Jonathan Riviera" would be approaching her residence and requested that she look for him and meet him outside of her residence.

59. C.G. reported that at approximately 4:05 pm, she observed a male subject, who was possibly Hispanic with dark hair, wearing a dark blue jacket with a hooded sweatshirt walking towards her driveway. C.G. reported that she walked outside, greeted the male who then identified himself as "Agent Riviera" at the end of her driveway.

60. C.G. reported that she provided "Agent Riviera" with the $15,000.00 and was informed that he would contact her in approximately twenty (20) minutes so that she could speak with her grandson. C.G. reported that after a period of time, she did not hear from anyone. C.G. reported that she then contacted her grandson and realized that he was unaware of the previously described events and that she had been scammed.

61. West Greenwich Police then conducted a canvas of C.G.'s neighborhood and spoke to a neighbor at a residence that is adjacent to C.G.'s property. West Greenwich Police learned that at approximately 4:00 pm, a male subject wearing a dark wind breaker and face mask, rang the doorbell of that residence and asked if the resident was C.G. The subject then

asked if he was at the address belonging to C.G. The subject was informed that he was at the wrong address, at which time he left. The below image was captured from a residential Ring video surveillance camera and was later identified by me as RHODES from the clothing that RHODES wore that matched the clothing captured on video surveillance from the RISE Dispensary in Warwick, RI, from later that same day:



62. Video surveillance footage from RISE Dispensary in Warwick, RI, captured RHODES on March 5, 2024, at approximately 4:21 p.m. exiting a silver BMW X3 bearing RI registration 1SW313. RHODES was wearing a dark blue jacket, with a grey hood and dress slacks, which is consistent with the attire of the subject captured on video surveillance footage at approximately 4:00 p.m. in West Greenwich. The video surveillance images from RISE Dispensary capturing RHODES is shown below:





63. West Greenwich Police then responded to another neighbor's residence and reviewed video surveillance footage. It was learned that at approximately 4:01 pm, RHODES was observed walking on C.G.'s street. At that time, a silver BMW X3 was observed operating on the street and coming to a stop on a nearby street. After the subject left C.G.'s residence, he is observed walking towards the silver BMW X3. Notably, a BMW X3 was rented by MUNOZ between March 4, 2024, and March 8, 2024. The below image is of a BMW X3 captured traveling on a nearby street:



64. A review of chat messages on RHODES's phone shows MUNOZ using

"Tommy" sent to RHODES C.G.'s last name and address on March 5, 2024.

**March 5, 2024 – Cranston, RI**

65. On March 5, 2024, J.M. reported to the Cranston Police Department (RI) that earlier in the day at approximately 8:49 am, he had received a telephone call from 236-332-4812 and spoke with a subject who identified himself as J.M.'s godson. J.M. reported that the subject he believed to be his godson had informed him that he was involved in a motor vehicle accident and was subsequently arrested and needed money for bail.

66. J.M. reported that a short time later at approximately 10:10 am, he received a telephone call from 646-512-8354 and spoke with a male who identified himself as "Attorney Joseph Michael Cohen". J.M. reported that "Attorney Joseph Michael Cohen" informed him of the circumstances surrounding his godsons arrest, and he arraigned for a courier to respond to J.M.'s home to collect $18,000.00 for bail. J.M. reported that a short time later, a male subject who was small in stature and possibly of Hispanic descent, arrived at his residence wearing a black mask.

67. J.M. reported that after he provided the courier with the $18,000.00, he received several more telephone calls from "Attorney Joseph Michael Cohen". J.M. reported that "Attorney Joseph Michael Cohen" was attempting to have J.M. provide additional cash and financial information, and that he became suspicious and contacted the Cranston Police Department.

68. I conducted a query through Flock Safety and observed that the LPR system a silver BMW X3 bearing RI registration 1SW313 at 11:14 am, at a location approximately 1.2 miles away from J.M.'s residence.

69. A review of chat messages on RHODES's phone shows that MUNOZ using "Tommy" sent to RHODES the last name of J.M. and his address on March 5, 2024.

**March 6, 2024 – East Greenwich, RI**

70. On March 9, 2024, B.H. responded to the Rhode Island State Police Wickford Barracks to report a grandparent scheme. B.H. reported that on March 6, 2024, she received a telephone call from a private number and spoke with a subject who identified themselves as her nephew. B.H. reported that her "nephew" told her that he had been arrested and needed bail money. B.H. reported her "nephew" asked her to stay on the line and speak with "Sergeant Olsen" from the Johnston Police Department.[15]

71. B.H. reported that "Sergeant Olsen" informed her that her nephew was found to be in possession of two (2) pounds of cocaine and needed $8,200.00 for bail. B.H. reported that she was instructed to retrieve the requested money and contact 250-609-2002 to advise that the money was ready for pickup. B.H. reported that Best Taxi in East Greenwich, RI, picked her up at her residence and brought her to Santander Bank where she retrieved the money. B.H. reported that Best Taxi then brought back to her residence, and she contacted the provided telephone number.

72. B.H. reported that at approximately 1:13 pm, a Hispanic or white male knocked on the front door to retrieve the U.S. currency. B.H further described the subject as approximately 5'6" to 5'9", wearing a baseball cap, surgical mask and a dark jacket.

73. A review of chat messages on RHODES's phone shows MUNOZ using "Tommy" sent to RHODES' B.H.'s full name and address on March 6, 2024.

**March 6, 2024 – Smithfield, RI**

74. On March 6, 2024, L.E. reported to the Smithfield Police Department (RI), that earlier in the day she received a telephone call from 437-446-4291 and spoke with a male subject

[15] The name "Sergeant Olsen" was also used in a grandparent scam that occurred in Coventry, RI which is later described in this affidavit.

who identified himself as her cousin. L.E. reported that she was informed her cousin had been involved in a motor vehicle accident and had subsequently been arrested. L. E. reported that she was instructed to contact the telephone number for the "public defender" at 646-677-4203 to which she did and reported to have spoken with "Roger Gibson".

75. L.E. reported that "Roger Gibson" requested L.E. to obtain $12,000.00 for her cousin's bail. L.E. reported that she responded to Navigant Credit Union and cashed two cashier's checks, $7,000.00 and $8,000.00. L.E. reported that she returned home, contacted "Roger Gibson" and was informed that a courier would respond to her residence. L.E. reported that at approximately 12:30 p.m. and 2:40 p.m., a Hispanic male, approximately twenty (20) to thirty (30) years of age, curly brown hair, and skinny, responded to her residence.

76. L.E. reported that that this subject entered her residence, and she provided him with an envelope that had #17012761 written on it. L.E. reported that the subject left her residence and began to walk away. L.E. reported that she realized she had accidently provided the subject with an extra $1,000.00. L.E. reported that she called out to the subject, who returned to the residence. L.E. reported that the subject handed her the envelope and then then counted the money. L.E. reported that she then handed the subject $12,000.00. L.E. reported that that the subject then left her residence. L.E. reported that shortly after she spoke with her cousin and learned that she had been scammed.

77. Smithfield Police Detective Pilatti canvased L.E.'s neighborhood and spoke with a neighbor whose video surveillance system captured a subject wearing a jacket, hat and mask talking on a cell phone at approximately 1:51 p.m. Detective Pilatti also learned of a silver BMW X3 that was captured on video surveillance footage driving on the street of L.E. at approximately 1:38 p.m. See below image:



78. Law Enforcement conducted a query through Flock Safety for RI registration 1SW313 and found that a silver BMW X3 with RI registration 1SW313, the same vehicle used in the West Greenwich incident described above, was captured on a nearby camera at approximately 1:30 p.m. and again on a separate camera nearby at approximately 2:03 p.m.




79. A review of chat messages on RHODES's phone shows MUNOZ using "Tommy" sent to RHODES the full name and address for L.E. on March 6, 2024.

**<u>March 7, 2024 – Cohasset, MA</u>**

80. On March 7, 2024, H.P. reported to the Cohasset Police Department (MA) that on that date she received a telephone call from 778-213-8104 and spoke with a subject who

identified themselves as her grandson. H.P. reported that her “grandson” informed her that he had been involved in a motor vehicle accident involving a pregnant female and he had subsequently been arrested.

81. H.P. reported that she then spoke with “Attorney Linda Cohen”. H.P. reported that she had been informed that her “grandson” needed $18,000.00 for bail. H.P. reported that she only had $3,000.00 and “Attorney Linda Cohen” requested that if H.P. could obtain an additional $3,000.00 she would talk to the “prosecutor” to see if that amount would be enough. H.P. reported that she then spoke with her neighbor about the situation and learned that the phone call was part of a scam.

82. At approximately 12:00 p.m., members of the Cohasset Police Department Detective Division responded to H.P.’s residence and continued the investigation in the presence of H.P. who later contacted “Attorney Linda Cohen.” H.P. informed “Attorney Linda Cohen” that she had the requested funds at which time she was asked to read serial numbers off two (2) of the $100.00 notes as part of a verification process. After H.P. stated she was unable to read the serial numbers she was then requested to provide her debit or credit card information. H.P. stated that she did not have a debit or credit card, at which time she was instructed to place the currency she did have in a manilla envelope and to write a provided case number on it. H.P. was then instructed to place that envelope in a shoe box or something similar. H.P. was informed that she was informed she would be contacted shortly after.

83. At approximately 2:20 p.m. H.P. was contacted by “Honorable Griswold” who stated that H.P.’s grandson was in the “bullpen” and that he needed time to think and that he will call her back. H.P. later spoke with “Honorable Griswold” who advised that a “diplomatic courier” would pick up the requested money at which time the phone call was disconnected. Following that conversation, H.P. was never contacted by any subjects participating in the scam.

84. A review of chat messages on RHODES's phone shows that MUNOZ using "Tommy" sent to RHODES the full name and address for H.P. on March 7, 2024.

**<u>March 7, 2024 – Braintree, MA</u>**

85. On March 7, 2024, N.E. reported to the Braintree Police Department (MA) that on that date she had received a telephone call from "Attorney Joseph Cohen". N.E. reported that the "attorney" was calling on behalf of her grandson who had been involved in a motor vehicle accident and was subsequently arrested.

86. N.E. reported that a "gag order" was in place and she was not allowed to discuss this information with anyone. N.E. reported that her grandson needed $18,000.00 to be processed through the courts. N.E. reported that she spoke with her grandson however he was crying. N.E. reported that the "attorney" informed her that the money would be returned to her upon her grandson's release from court.

87. N.E. reported that she responded to her bank, withdrew the requested money and returned home. N.E. reported that she received a telephone call from 781-222-3290 and spoke with "Attorney Joseph Cohen". N.E. reported that she was instructed to place the money in an envelope and place it within a box and seal it. N.E. reported that "Attorney Joseph Cohen" told her that "Agent Jonathan Riviera" would arrive to her residence at 12:30 pm, to retrieve the box.

88. N.E. reported that "Attorney Joseph Cohen" kept her on the telephone until the courier arrived, and offered to provide a letter of recommendation for the college that her grandson was interested in. N.E. reported that she was informed that she had to pay a $40.00 fee for the courier to obtain the box, and that she provided the attorney with her credit card number.

89. N.E. reported that at approximately 1:30 pm, a male subject who she described as a black male, thin, and 5'4" who was wearing dark clothing and a white mask covering most of his face, arrived at her residence and identified himself as "Jonathan Riviera". N.E. reported that

she did not observe a vehicle, and that "Jonathan Riviera" stated his driver was parked down the street. N.E. reported that she handed "Jonathan Riviera" the box containing $18,000.00 and he walked away from the residence and continued down her street.

90. N.E. reported that "Attorney Joseph Cohen" later called her again and informed her that the other involved party to the motor vehicle accident was pregnant and had since lost the baby. "Attorney Joseph Cohen" that requested an additional $52,000.00. N.E. reported that she then contacted her daughter and learned that her grandson was not involved in the previously described incident and that she had been scammed.

91. A review of chat messages on RHODES's phone show that MUNOZ using "Tommy" sent to RHODES the full name and address for N.E. on March 7, 2024.

**March 7, 2024 – Braintree, MA**

92. On October 9, 2024, I contacted Detective Malloy of the Braintree Police Department to inquire about additional likely grandparent scam victims based upon information discovered during a review of a cellphone device attributable to RHODES. Detective Malloy informed me that on March 20, 2024, J.W. reported to the Braintree Police Department that she had been scammed for approximately $46,000.00.

93. J.W. reported that on March 7, 2024, she received a telephone call from a subject who claimed to be her nephew. J.W. reported that her nephew had been involved in a motor vehicle accident involving a pregnant female. J.W. reported that she then spoke with an "attorney" who informed her that her nephew's bail was $16,000.00. J.W. reported that the "attorney" informed her that a "bail bondsman" would arrive to her residence to collect the money.

94. J.W. reported that at some point in the afternoon a male subject who she described as black, approximately 5'7 tall, and approximately twenty (20) to thirty (30) years of age. J.W.

reported that she was instructed to let the subject into her residence and to provide the "bail bondsman" with the requested $16,000.00. J.W. reported that after she gave the money to the subject and he left, she was instructed to shut the door.

95. J.W. reported that on March 12, 2024, she received a telephone call and was informed that the "pregnant female" had passed away. J.W. reported that due to that event, she was instructed to send $15,000.00 to 5895 Timber Valley Drive, Lake Worth, FL, to which she did.[16] J.W. reported that on March 16, 2024, she received another telephone call and was informed that the "pregnant females" family wanted to settle the case and was requesting an additional sum of money.

96. J.W. reported that she was instructed to mail $15,000.00 to 710 Southeast 1st Street, Deerfield Beach, FL, to which she did. J.W. reported that she later spoke with her nephew and learned that she had been scammed approximately $46,000.00.

97. A review of chat messages on RHODES's phone show that MUNOZ using "Tommy" on March 7, 2024, sent RHODES the full name and address for J.W and also texted RHODES, "This one same town". That chat message was sent by MUNOZ to RHODES approximately forty-eight (48) minutes after MUNOZ sent the full name and address of N.E. to RHODES.

**March 7, 2024 – Braintree, MA**

98. On October 10, 2024, I was contacted by Detective Malloy and informed that he

[16] Based on my training and experience with fraud investigations, I know that out-of-state residential address are often used as recipient addresses for parcels containing U.S. currency obtained from a victim during a scam. In some instances, the address is permanently or temporarily occupied by a co-conspirator. In some instances, the occupant of the address is unaware of the incoming parcel as the address is not affiliated with any members participating in the scam. In those instances, commonly a co-conspirator monitors that location waiting for the parcel to be delivered and retrieves the parcel following delivery. HSI continues to investigate the addresses used to carry out this scam.

spoke with N.M., whose name and address was discovered on RHODES's phone extraction. Detective Malloy advised that N.M. disclosed to him that back in Spring of 2024, she fell victim to a grandparent scam in which she lost $12,000.00. N.M. reported that she felt embarrassed and did not want her family to know, and she had not reported the incident to the Braintree Police Department.

99. N.M. reported that on the morning of March 7, 2024, she received a telephone call from a male subject who identified himself as an "attorney" for her grandson. N.M. reported that the "attorney" informed her that her grandson had been involved in a motor vehicle accident and had been hurt. N.M. reported that the "attorney" let her speak with whom she believed was her grandson.

100. N.M. reported that she again spoke with the "attorney" and when asked how much money she had, she stated that she had $12,000.00 to help her grandson. N.M. reported that she was instructed to withdraw that money and was informed that a "courier" would respond to her residence to pick up the money. N.M. reported that she was instructed not to tell anyone about what she was doing.

101. N.M. reported that she responded to Rockland Trust and withdrew $6,000.00. N.M. reported that she then responded to Citizens Bank and withdrew an additional $6,000.00. N.M. reported that she was instructed to place the money in bank envelopes and was given numbers to write on the envelopes. N.M. reported that she was also instructed to place the envelopes in a shoe box and to provide it to the courier when he arrived at her residence.

102. N.M. reported that upon returning home, she spoke with the "attorney" and was informed that the courier would be at her residence soon. N.M. reported that between approximately 3:00 pm and 4:00 pm, a small white male, who was approximately twenty-five (25) to thirty (30) years of age, and who was thin, responded to her residence. N.M. reported that

she then provided that subject with the shoebox containing $12,000.00.

103. A review of chat messages on RHODES's phone show MUNOZ using "Tommy" sent to RHODES the full name and address for N.M. on March 7, 2024. Additionally, cell phone device locations on RHODES's phone extraction revealed that the device was on N.M.'s street on March 7, 2024, at approximately 2:36 p.m.

**March 7, 2024 – Lakeville, MA**

104. On March 7, 2024, P.J. and her husband D.J. reported to the Lakeville Police Department (MA) that they had been scammed. D.J. reported that earlier in the day at approximately 11:55 am, he received a telephone call from a subject who identified himself as D.J. and P.J.'s grandson. D.J. reported that his "grandson" informed him that he was involved in a motor vehicle accident and was subsequently arrested.

105. D.J. reported that he then spoke with another male subject who identified himself as "Attorney Cohen". D.J. reported that "Attorney Cohen" informed him that $18,100.00 was needed for bail money D.J. reported that he and P.J. responded to their local bank and withdrew the requested funds. D.J. reported that upon returning home, they spoke with "Attorney Cohen" and were instructed by a "judge" to place the money into a box and to write a case number on it.

106. D.J. reported that at approximately 6:12 pm, P.J. received a telephone call from a subject who identified themselves as a "judge" who then informed them that a subject was at their residence to collect the money. D.J. reported that they walked outside and met with a male subject in his mid-twenties, who was wearing a dark colored hooded sweatshirt with a beanie style cap on. D.J. reported that they spoke inside of the garage and provided the subject with the box containing $18,100. D.J. reported that the subject then walked away from the residence.

107. D.J. reported that he and P.J. called their son and realized that their grandson was not involved in the previously described events and that they had been scammed.

108. A review of chat messages on RHODES's phone shows that MUNOZ using "Tommy" on sent to RHODES the last name and address for P.J. on March 7, 2024.

**March 7, 2024 – Hanover, MA**

109. On March 7, 2024, Eastern Bank employee, B.M., contacted the Hanover Police Department (MA) and requested a well-being check on Eastern Bank customer, B.S, after she had withdrawn $36,000.00 and later in the same day attempted to withdraw an additional $74,000.00. Officer Connors of the Hanover Police Department then responded to B.S.'s residence.

110. Officer Connors reported that B.S. did want to discuss what was occurring because she did not want her nephew to get hurt. Officer Connors reported that B.S. then dialed telephone number 778-213-8104 to speak with "Attorney Joseph Cohen". When the telephone call was answered, B.S. demanded to speak with her nephew and informed the subject that she was with a police officer at which time the subject disconnected the telephone call.

111. B.S. then informed Officer Connors that earlier in the day she had received a telephone call from "Attorney Joseph Cohen" who informed her that her nephew was involved in a motor vehicle accident in which a pregnant female was seriously injured. B.S. reported that she was told her nephew was subsequently arrested and needed $36,000.00 for bail. B.S. reported that she responded to Eastern Bank and retrieved the requested money. B.S. reported that she was instructed to place the U.S. Currency in a plastic bag and then into a cardboard box.

112. B.S. reported that she was again contacted by "Attorney Joseph Cohen" who informed her that the pregnant female had passed away and that her nephew would need an additional $74,000.00 for bail. B.S. reported that she was informed that a bail bondsman, "Franco Riviera", would collect the bail money between 2:30 pm and 3:30 pm. B.S. reported that she attempted to retrieve the additional $74,000.00, however Eastern Bank denied her request.

113. B.S. reported that between approximately 1:30 pm and 3:30 pm, a young white Hispanic male who in his mid-twenties, with dark hair, slim fit, wearing a blue sweatshirt with a hood respond to the front door of her residence. B.S. reported that the subject identified himself as “Franco Riviera”. B.S. reported that the subject had her place the U.S. currency in a box, to which she did. B.S. reported that the subject then left her residence. B.S. reported that she later spoke with her nephew and learned that he was not involved in a motor vehicle accident and that she had been scammed.

114. B.S. later spoke with Detective Moar and informed him that when “Franco Riviera” responded to her residence, she observed that he was holding a white or ivory colored cell phone that appeared to be an Apple iPhone. RHODES’s phone seized at the time of his arrest by the Warwick Police Department on March 8, 2024, was a white Apple iPhone. Additionally, at the time RHODES was arrested, he was wearing a blue sweatshirt with a hood.

115. As previously mentioned, during the search of Hampton Inn hotel room # 331 in Warwick, RI, three Eastern Bank currency straps (also referred to as money bands) were located. Those bands contained dates, and a number which identified the branch location and teller. Based upon the number listed on the currency straps, Eastern Bank confirmed that the currency straps located within the hotel room came from the Norwell Branch. This branch is the same branch that B.S. retrieved $36,000.00 from.

116. A review of chat messages on RHODES’s phone shows that MUNOZ using “Tommy” sent to RHODES the full name and address for B.S. on March 7, 2024.

**<u>March 7, 2025 – Scituate, MA</u>**

117. On March 7, 2024, D.Y. reported to the Scituate Police Department (MA) that earlier in the day at approximately 12:00 pm she received two telephone calls from a private number and spoke with whom a subject who claimed to be her granddaughter. D.Y. reported that

she was informed that her granddaughter was in trouble and needed help and that a lawyer would be calling her shortly.

118. D.Y. reported that she then received a telephone call from 315-270-3635 and spoke with an “attorney” who explained that D.Y.’s granddaughter was involved in a motor vehicle accident involving a pregnant female who suffered serious injuries and had a miscarriage as a result of the motor vehicle accident. D.Y. reported that she was informed that the bond for her granddaughter would be $20,000.00. D.Y. reported that she did not have that amount of money, and the “attorney” agreed to accept $9,500.00.

119. D.Y. reported that the “attorney” arraigned for a member of his law firm to pick up the $9,500.00 as all the bail bondsmen were currently busy. D.Y. reported that she responded to Rockland Trust and withdrew the requested funds. D.Y. reported that at approximately 2:30 pm, she received a telephone call from 508-474-4635 and spoke with a “courier” who advised he was on his way. D.Y. reported that the “courier” requested she read one of the serial numbers on one of the bank notes for legitimacy.

120. D.Y. reported that between approximately 2:45 pm and 3:45 pm, a male subject who she described to be Hispanic, in his twenties, approximately six (6) feet tall, thin with scruffy facial hair and a baseball cap, arrived at the front door of her residence. D.Y. reported that she turned over the $9,500.00 to this subject, and that he walked down the street away from the residence.

121. A review of chat messages on RHODES’s phone shows that MUNOZ using “Tommy” sent to RHODES the full name and address for D.Y. on March 7, 2024. Additionally, cell phone device locations contained within RHODES’s phone extraction revealed that the device was on D.Y.’s street on March 7, 2024, at approximately 4:41 p.m.

**March 7, 2024 – Stoughton Police Department (MA)**

122. On March 8, 2024, R.C. and his wife, D.C., reported to the Stoughton Police Department (MA) that they had been victims of a scam. R.C. reported that on March 7, 2024, at approximately 1:00 pm, they received a telephone call and spoke with a male subject who identified themselves as R.C.'s grandson. D.C. reported that she does not have a grandson and the subject on the phone stated it was her son. D.C. reported that the subject whom she believed to be her son informed them that he had been involved in a motor vehicle accident and was subsequently arrested.

123. D.C. reported that the call was then transferred to her "son's" attorney so that they could arrange bond money. D.C. reported that she spoke with "Attorney Mark Roberts" and that a courier would arrive at their home to pick up the money for her son. D.C. reported that she was informed of a "gag order" being in place due to the other individual involved in the "accident" was a politician.

124. R.C. reported that they were requested to provide $20,000.00 for bond, to which they later responded to their bank and withdrew. R.C. reported that they were instructed to place the envelope containing $20,000.00 into a large manilla envelope. R.C. reported that at approximately 5:00 pm, a white male subject wearing a surgical mask arrived at their front door and identified himself as the courier, "Jonathan Rodrigues".

125. R.C. reported that he provided that subject with the envelope containing $20,000.00 and the subject walked away from the residence. R.C. reported that that "Attorney Mark Roberts" informed him that the courier would park his vehicle around the corner to avoid suspicion from neighbors due to the "gag order" in place.

126. A review of chat messages on RHODES's phone shows that MUNOZ using "Tommy" sent to RHODES the full name and address for D.C. on March 7, 2024. Additionally, cell phone device locations on RHODES's phone extraction revealed that the device was on

D.C.'s street on March 7, 2024, at approximately 6:20 p.m.

127. R.C. reported that that on the morning of March 8, 2024, "Attorney Mark Roberts" called him and requested an additional $30,000.00 due to a settlement having been reached. R.C. reported that they were instructed to set aside $600.00 for a "courier fee" and the remaining amount would be for the settlement.

128. R.C. reported that they went to their bank and withdrew the requested $30,000.00. R.C. reported that prior to returning home to call "Attorney Mark Roberts" they suspected they were involved in a scam and drove to the Stoughton Police Department. Members of the Detective Division informed R.C. and D.C. that they were victims of the scam. Members of the Detective Division then continued the investigation.

129. R.C. and D.C. returned home and contacted "Attorney Mark. Roberts" with members of law enforcement monitoring. At approximately 12:25 pm, a vehicle bearing a New York registration arrived at their residence at which time the operator of that vehicle was stopped and identified as C.R. C.R. stated that he runs a freelance courier business in New York and advertises his services on Yelp. C.R. reported that on the morning of March 8, 2024, at approximately 9:00 am, he was contacted and instructed to pick up documents from R.C. and D.C.'s address. C.R. reported that he was instructed to deliver the documents to New York City, NY and that he would receive $500.00 plus gratuity for his service.

**March 7, 2024 – Plymouth, MA**

130. On March 10, 2024, P.B. reported to the Plymouth Police Department (MA) that she received a telephone call from 646-512-8354 on March 7, 2024, and spoke with a female subject who identified herself as P.B.'s granddaughter. P.B. reported that the person whom she believed was her granddaughter was crying and stated that she was being held by police and needed money for bail.

131. P.B. reported that she then spoke with a male subject who identified himself as "Attorney Richard Egan". P.B. reported that the "attorney" informed her that her "granddaughter" had been involved in a motor vehicle involving a government vehicle that injured a pregnant female. P.B. reported that she was informed that $10,000.00 was needed for bail. P.B. reported that she responded to Rockland Trust and withdrew $10,000.00. P.B. reported that she returned home and spoke with "Attorney Richard Egan" who informed her that a courier would come to her residence and retrieve the money.

132. P.B. reported that at approximately 4:00 pm, a Hispanic male who was approximately 5'7", who was wearing a hat and a surgical type face mask responded to her residence. P.B. reported that she gave that subject an envelope containing $10,000.00 and he walked away from her residence. P.B. reported that after the weekend passed, she called her granddaughter after not having heard from her after the bail money was provided. P.B. reported that upon speaking with her granddaughter she learned that she had been scammed.

133. A review of chat messages on RHODES's phone shows that MUNOZ using "Tommy" sent to RHODES the last name and address for P.B. on March 7, 2024.Additionally, cell phone device locations contained within RHODES's phone extraction revealed that the device was on P.B.'s street on March 7, 2024, at approximately 3:23 p.m.

**March 7, 2024 – Hopkinton, RI**

134. During a review of chat messages on RHODES'S phone, I discovered that on March 7, 2024, MUNOZ using "Tommy" had sent the full name of W.T. and K.T. and their address to RHODES. Additionally, MUNOZ sent a second chat message to RHODES directly after which stated "Christian varona". [17]

---

[17] The name "Christian Varona" was discovered in other chat communications between RHODES and MUNOZ which were contained on RHODES's phone. The name "Christian

135. On October 9, 2024, I contacted the Hopkinton Police Department to inquire about W.T. and K.T. and any police reports that may have been filed. On October 11, 2024, I learned from Hopkinton Detective John Forbes that K.T. had filed a fraud report earlier in the year.

136. On March 7, 2024, at approximately 8:01 p.m., K.T. reported that earlier in the day she had received a telephone call from a "Bail Bondsman" at approximately 12:00 p.m. K.T. reported that she "Bail Bondsman" informed her that her son had been arrested and that he needed $9,000 for bail. K.T. reported that over the course of several hours she spoke to the "Bail Bondsman" who asked for her credit card information and her home address. K.T. reported that she did provide her credit card information to the "Bail Bondsman".

137. K.T. reported that she withdrew the requested amount of money from her bank, however she later realized it was part of a scam. K.T. reported that after the "Bail Bondsman" informed her he would be arriving at her residence to retrieve the money, she contacted the Hopkinton Police Department. K.T. reported that she contacted her credit card company to place a hold on her account, and that she did not observe any unauthorized charges. At the time the Hopkinton Police responded to K.T.'s residence, no one had responded to her residence to retrieve the requested money.

138. Cell phone device locations on RHODES's phone extraction revealed that the device was on a nearby street to K.T.'s residence on March 7, 2024, at approximately 8:59 p.m.

**<u>March 8, 2024 – Coventry, RI</u>**

---

Varona" was sent by MUNOZ to RHODES following having provided the name and address of B.H. from East Greenwich, RI, along with the name and address of a victim in Coventry, RI, which is later discussed in this affidavit. I believe that the name "Christian Varona" was the name that RHODES was directed to use as the "Bail Bondsman" or "Courier" for these victims and that was previously provided to victims by a co-conspirator during telephone communications with the victims.

139. On March 8, 2024, W.N. reported to the Coventry Police Department (RI) that earlier on that date he received a telephone call from 250-609-2002 and spoke with a subject who identified themselves as W.N.'s grandson.[18] W.N. reported that he was told his grandson had been arrested and needed $9,500.00 for bail. W.N. reported that another person began to speak during the call and identified themselves as "Sergeant Olsen". W.N. reported that "Sergeant Olsen" informed him that his grandson was in a vehicle that was under surveillance for organized crime drug dealing in Providence, RI.

140. W.N. reported that "Sergeant Olsen" informed him that a person appointed by the court would arrive to his house to pick up the requested bail money so that his grandson could appear before a judge and be released. W.N. reported that he responded to Centerville Bank and withdrew $9,500.00 and placed the U.S. currency in an envelope.

141. W.N. reported that at approximately 1:00 pm, a male subject arrived at his residence and identified himself as "Christian Varona". W.N. described that subject as a Hispanic male, approximately 5'10", wearing a North Carolina Tar Heels hat[19], surgical face mask, and a zippered sweatshirt. W.N. reported that he provided the subject with the envelope containing $9,500.00. W.N. reported that he observed the subject place the envelope in his left chest pocket and began walking back towards his vehicle.

142. W.N. reported that when he spoke to the subject, he observed that he was holding a cell phone and that the back of the phone was white in color. W.N. reported that he observed the subject walk back towards a silver sedan, possibly a Nissan Sentra, and observed the subject

[18] W.N. later reported that he was initially contacted by telephone number 437-448-1697 and was provided telephone number 250-609-2002 as a call back number.
[19] North Carolina Tar Heels is an American football team that represents the University of North Carolina. At the time RHODES was arrested by the Warwick Police Department, he was wearing a North Carolina Tar Heels hat.

to enter the passenger side of the vehicle. W.N. reported that after the subject left with the envelope containing $9,500.00, he spoke with his grandson and learned that he had been scammed.

143. Cell phone device locations on RHODES's phone extraction revealed that the device was on W.N.'s street on March 8, 2024. A review of chat messages on RHODES's phone show that MUNOZ using "Tommy" sent to RHODES the full name and address for W.N.'s wife, M.N. on March 8, 2024.

**Conclusion**

144. Based upon the above, including information provided by multiple members of law enforcement as described within this affidavit, there is probable cause to believe that RHODES and MUNOZ have participated in a scheme to defraud elderly victims in Rhode Island, Massachusetts and elsewhere as part of a grandparent scam that resulted in a loss amount of approximately $230,200.00 from victims described in this affidavit and did commit violations of the Target Offenses, 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud), and 18 U.S.C. 1028A (Aggravated Identity Theft).

Respectfully submitted,

Matthew Smith
Task Force Officer
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed.R. Crim. P. 4.1 by telephone **Sworn telephonically and signed electronically**

October 31, 2024
*Date*

*Judge's signature*

**Providence, Rhode Island**
*City and State*

**Patricia A. Sullivan, USMJ**
*Patricia A. Sullivan, U.S. Magistrate Judge*