PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT RHODE ISLAND
DISTRICT OF RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ZACHARY A. CUNHA

☒ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Ly T. Chin

CASE NO. 1:24-mj-00092-PAS

USA vs.

Defendant: Roberto Munoz

Address: [redacted]

☐ Interpreter Required Dialect:

Birth Date [redacted]

☐ Male ☐ Female

☐ Alien (if applicable)

Social Security Number

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | ☐ Felony ☐ Misdemeanor |
| | Imprisonment: 20yrs/ Fine $250,000/ | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| 2 | 18 U.S.C. 1028A | Aggravated Identity Theft | ☐ Felony ☐ Misdemeanor |
| | Imprisonment: 2yrs/ Fine $250,000/ | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |

Submit Go